**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **AMBER RODRIGUEZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 6:18-CV-33-orl-22GJK |
| ) | |
| **KABOOKI SUSHI, LLC,** ) | |
| a Florida Limited Liability ) | |
| Company, and **SENGPHET** ) | |
| **PHIMMASONE, Individually,** ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Rule 3.08 of the Local Rules for the United States District Court for the Middle District of Florida, the parties hereby submit this Joint Notice of Settlement, to advise the Court that the parties have agreed to settle Plaintiff Amber Rodriguez's claims, in their entirety, against Defendants Kabooki Sushi, LLC and Sengphet Phimmasone. Upon the anticipated completion of a written settlement agreement, the parties will file, with this Court, a Joint Stipulation for Dismissal with Prejudice.

Dated this 26th day of January, 2018.

Respectfully submitted,

| | |
|---|---|
| LABAR & ADAMS, P.A.<br>2300 East Concord Street<br>Orlando, Florida 32803<br>Telephone:   (407) 835-8968<br>Facsimile:    (407) 835-8969<br><br>*/s/ Ryan LaBar*<br>N. Ryan LaBar<br>Florida Bar No. 0010535<br>rlabar@labaradams.com<br><br>Scott C. Adams, Esq.<br>Florida Bar No. 0573442<br>sadams@labaradams.com<br><br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:   (407) 246-8440<br>Facsimile:    (407) 246-8441<br><br>By:   */s/ Jesse I. Unruh*<br>        Joanne B. Lambert<br>        Florida Bar No. 0899062<br>        lambertj@jacksonlewis.com<br><br>        Jesse I. Unruh<br>        Florida Bar No. 0093121<br>        jesse.unruh@jacksonlewis.com<br><br>Attorneys for Defendants KABOOKI SUSHI, LLC and SENGPHET PHIMMASONE |

4819-7377-0587, v. 1